# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BIRD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and AMGEN, INC. LTD PLAN,<br><br>　　　　Defendants. | Case No.: CV 19-5903-DMG (PJWx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [22]** |

　　Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. IT IS HEREBY FURTHER ORDERED that the parties shall bear their own attorneys' fees and costs in this matter. All scheduled dates and deadlines are VACATED.

DATED: January 27, 2020　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE